**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 5, 2017.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00151-CV

## IN THE MATTER OF THE MARRIAGE OF SHARON KUHNER AND GERHARD KUHNER

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-10730**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 20, 2015. On December 20, 2016, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Brown.